```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 41493
    PARIS BUCKINGHAM
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5636

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/28/2005 and was confirmed 01/11/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  41.07% from remaining funds.

    The case was paid in full 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED              3208.92      1600.22       3208.92
CIRCUIT COURT             UNSECURED         NOT FILED          .00           .00
COMCAST                   UNSECURED         NOT FILED          .00           .00
CREDIT PROTECTION ASSOC   NOTICE ONLY       NOT FILED          .00           .00
DISCOVER CARD             UNSECURED         NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED OTH        819.28          .00        336.47
ISAC                      UNSECURED           4853.00          .00       1992.98
ISAC                      UNSECURED         NOT FILED          .00           .00
PROFESSIONAL CREDIT SERV  UNSECURED         NOT FILED          .00           .00
TCF NATIONAL BANK         UNSECURED         NOT FILED          .00           .00
H&F LAW                   NOTICE ONLY       NOT FILED          .00           .00
USA FUNDS                 UNSECURED         NOT FILED          .00           .00
VILLAGE OF JUSTICE        UNSECURED         NOT FILED          .00           .00
DRIVE FINANCIAL SERVICES  UNSECURED              .00           .00           .00
SALLIE MAE INC            UNSECURED           1500.74          .00        616.31
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,374.20                    2,374.20
TOM VAUGHN                TRUSTEE                                          670.90
DEBTOR REFUND             REFUND                                           146.15

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            10,946.15

PRIORITY                                         .00
SECURED                                     3,208.92
    INTEREST                                1,600.22
UNSECURED                                   2,945.76
ADMINISTRATIVE                              2,374.20
TRUSTEE COMPENSATION                          670.90
DEBTOR REFUND                                 146.15

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 41493 PARIS BUCKINGHAM
```

```
                             ---------------      ---------------
TOTALS                          10,946.15            10,946.15
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/26/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 41493 PARIS BUCKINGHAM